UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:04CR210

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **FINAL ORDER AND** |
| v. | ) | **JUDGMENT OF FORFEITURE** |
| | ) | |
| **FRANCISCO ROMERO-PINA** | ) | |

On July 7, 2005, this Court entered a preliminary order of forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the defendant's conviction on all counts in the bill of indictment.

On July 15, 22, and 29, 2005, the United States published in the <u>The Charlotte Observer</u>, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed.

Based on the record in this case, including the evidence admitted at trial and defendant's stipulation following the trial, the Court finds, in accordance with Fed. R. Crim. P. 32.2(c)(2) and (e)(1)(B), that the defendant had an interest in the property listed below that is forfeitable under 18 U.S.C. §982 and/or §1028(b)(5). The preliminary order of forfeiture has therefore become final as to this property, and it is subject to forfeiture pursuant to Rule 32.2(c)(2) and Rule 32.2(e)(1)(B).

**It is therefore ORDERED, ADJUDGED AND DECREED** that all right, title, and interest in the following property is hereby forfeited to the United States for disposition according to law:

    a. $7,900.00 seized from defendant on July 22, 2004;

    b. two Polaroid cameras;

    c. two Polaroid laminate (Hot Seal) machines;

    d. one Hewlett Packard copy machine; and,

    e. one Hewlett Packard computer (CPU), monitor and keyboard.

**SO ORDERED, ADJUDGED, AND DECREED.**

**Signed: October 26, 2005**

Carl Horn, III
United States Magistrate Judge